**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | : |
| | : |
| Christopher McNally | : Case No.: 20-05511 |
| | : Chapter 7 |
| Debtor. | : Judge Janet S. Baer |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

# NOTICE OF MOTION

**Notified via Electronic Filing**

Office of U.S. Trustee
Party of Interest
(Registered address)@usdoj.gov

Catherine L. Steege
353 N. Clark Street
Chicago, IL  60654
csteege@jenner.com

Desirae Nichole Bedford
Attorney for Christopher McNally
Citizens Law Group
3069 W. Armitage Ave.
Chicago, IL  60647
dbedford@citizenslawgroup.com

Joshua Martin
Attorney for Christopher McNally
Citizens Law Group, Ltd
3069 W Armitage Ave
Chicago, IL  60647
josh@citizenslawgroup.com

**Notified via US Postal Service**

Christopher McNally
P.O. Box 333
Riverside, IL  60546


20-007455_FXF

Christopher McNally
Aimee C McNally
1017 North Hoyne Avenue
Chicago, IL  60622

Please take notice that on May 27, 2020, at 1:00 p.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Janet S. Baer, 219 South Dearborn, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, on 13th day of May, 2020, unless a copy was provided electronically by the Clerk of the Court.

Date  May 13, 2020                                           /s/ Todd J. Ruchman
                                                             Signature

20-007455_FXF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Catherine L. Steege, 353 N. Clark Street, Chicago, IL 60654, csteege@jenner.com

Desirae Nichole Bedford, Attorney for Christopher McNally, Citizens Law Group, 3069 W. Armitage Ave., Chicago, IL 60647, dbedford@citizenslawgroup.com

Joshua Martin, Attorney for Christopher McNally, Citizens Law Group, Ltd, 3069 W Armitage Ave, Chicago, IL 60647, josh@citizenslawgroup.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 13, 2020:

Christopher McNally, P.O. Box 333, Riverside, IL 60546

Christopher McNally and Aimee C McNally, 1017 North Hoyne Avenue, Chicago, IL 60622

/s/ Todd J. Ruchman

20-007455_FXF

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Christopher McNally** | : | **Case No.: 20-05511** |
| | : | **Chapter 7** |
| Debtor. | : | **Judge Janet S. Baer** |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**

      U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 1017 North Hoyne Avenue, Chicago, IL 60622 ("Property").  In support of the Motion, the Movant states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Christopher McNally ("Debtor") filed a Chapter 7 case on February 28, 2020, ("Petition Date").

3. As of the Petition Date, the Movant was the holder of a claim secured by the Property, more particularly described in the Mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

20-007455_FXF

4. The above described Mortgage was given to secure an Adjustable Rate Note, ("Note"), dated November 3, 2006 and made payable to the Movant in the original sum of $509,400.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Movant perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Cook County Recorder's Office on November 22, 2006. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

7. Select Portfolio Servicing, Inc. services the loan on the property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 "Noteholder." Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

8. As of March 9, 2020, the outstanding principal of the Note was $730,399.29 and the outstanding interest was $39,196.70.

9. The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

20-007455_FXF

a. Debtor has no equity in the Property. Movant believes that the Property has a value of $404,364.00 based on the Debtor's Schedule A/B, which is attached hereto as Exhibit "D". As of March 9, 2020, the estimated principal balance is $730,399.29, with additional interest estimated at $39,196.70, escrow advances estimated at $20,265.03 and fees estimated at $8,369.17 totaling a secured claim of approximately $798,230.19. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in this Property. Based upon the lack of equity in the Property, Movant asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

b. The Movant is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since November 1, 2018 through March 2020. As of March 9, 2020 the total arrears due to Creditor is equal to $64,633.04 with additional fees of $8,369.17 for a total default of $73,002.21.

WHEREFORE, Creditor prays for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 of the Bankruptcy Code as to the Creditor and its principal, successors, heirs and assigns with respect to the subject property located at 1017 North Hoyne Avenue, Chicago, IL 60622. Additionally, Creditor requests the Fed.R.Bankr.P. 4001(a)(3) be waived so that the Order Terminating the Automatic Stay have immediate effect.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)

20-007455_FXF

Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

20-007455_FXF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Catherine L. Steege, ESQ, Jenner & Block, 353 N. Clark Street, Chicago, IL 60654, csteege@jenner.com

Desirae Nichole Bedford, Attorney for Christopher McNally, Citizens Law Group, 3069 W. Armitage Ave., Chicago, IL 60647, dbedford@citizenslawgroup.com

Joshua Martin, Attorney for Christopher McNally, Citizens Law Group, Ltd, 3069 W Armitage Ave, Chicago, IL 60647, josh@citizenslawgroup.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 13, 2020:

Christopher McNally, P.O. Box 333, Riverside, IL 60546

Christopher McNally and Aimee C. McNally, 1017 North Hoyne Avenue, Chicago, IL 60622

/s/ Todd J. Ruchman

20-007455_FXF