UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-05511 |
| Christopher McNally | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (FIRST MORTGAGE)

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 (the "Movant"), due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

(1) The automatic stay is modified to permit the Movant to enforce its rights against the property described as 1017 North Hoyne Avenue, Chicago, IL 60622 pursuant to the terms and conditions of contract and applicable non-bankruptcy law.

(2) The 14-day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter:  *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 27, 2020

**Prepared by:**

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com