UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-05511 |
| Christopher McNally | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION ABANDON PROPERTY

THIS CAUSE COMING TO BE HEARD on the Debtor's MOTION to ABANDON PROPERTY, the Court being fully advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED AS FOLLOWS:

(1) The motion is granted as set forth herein.

(2) The property located at 1017 North Hoyne, Chicago, IL 60622 is deemed abandoned pursuant to 11 U.S.C. § 554.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 27, 2020

**Prepared by:**

Desirae Bedford
3069 W. Armitage Ave
Chicago, Illinois 60647
(312) 361-3833
dbedford@citizenslawgroup.com